# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

No. 1D15-5871

————————————————

PHILIP MORRIS USA INC.,

Appellant,

v.

ELAINE JORDAN,

Appellee.

————————————————

On appeal from the Circuit Court for Duval County.
Virginia Norton, Judge.

April 3, 2018

PER CURIAM.

AFFIRMED.

LEWIS, ROBERTS, and WINSOR, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Geoffrey J. Michael and Daphne O'Connor of Arnold & Porter Kaye Scholer LLP, Washington, D.C., and Bonnie C. Daboll of Shook, Hardy & Bacon LLP, Tampa, for Appellant.

John S. Mills and Courtney Brewer of The Mills Firm, P.A., Tallahassee, and John S. Kalil of Law Offices of John S. Kalil, P.A., Jacksonville, for Appellee.